IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITAL DIALYSIS, LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC. et al.,<br><br>　　　　　　Defendants. | Civil Action No. 07-1073 (PLF) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

　　　Defendants Beverly Enterprises - District of Columbia, Inc. d/b/a Northwest Health Care Center ("Beverly Enterprises") and Beverly Health and Rehabilitation Services, Inc., d/b/a Northwest Health Care Center ("Beverly Health"), hereby move for an enlargement of time of 30 days, until and including July 30, 2007, in which to answer or otherwise respond to the Complaint. In support of this motion, defendants Beverly Enterprises and Beverly Health state as follows:

　　　1.　　Defendants were served with the Complaint in this matter on or about May 30, 2007. The seventeen-page Complaint comprises 83 numbered paragraphs and five separate counts.

　　　2.　　The undersigned counsel were formally retained in this matter by defendants just recently, and counsel have so far been able to undertake only a preliminary review of the case. Accordingly, counsel for defendants require additional time to investigate the allegations contained therein and to adequately formulate a response.

3.   The undersigned counsel have consulted with counsel for the plaintiff, and plaintiff's counsel has authorized us to represent to the Court that they do not oppose this motion.

4.   The requested enlargement of time is reasonable and will not result in prejudice to any party.

Accordingly, defendants respectfully request an enlargement of time, until and including July 30, 2007, within which to answer or otherwise respond to the Complaint. A proposed Order is attached hereto.

Respectfully submitted,

/s/
Andrew A. Nicely (D.C. Bar No. 458805)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
anicely@mayerbrown.com

*Counsel for defendants Beverly Enterprises - District of Columbia, Inc. and Beverly Health Rehabilitation Services, Inc.*

Dated:  June 18, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAPITAL DIALYSIS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC., et al.,<br><br>    Defendants. | Civil Action No. 07-1073 (PLF) |

**ORDER**

This matter having come before the Court on the unopposed motion of Defendants Beverly Enterprises - District of Columbia, Inc. and Beverly Health and Rehabilitation Services, Inc., for an enlargement of time of 30 days, until and including July 30, 2007, within which to answer or otherwise respond to the Complaint, and good cause being shown therefor, it is this day of _____, 2007.

ORDERED that Defendants' Motion is GRANTED. It is further

ORDERED that Defendants shall file an answer or response to the Complaint on or before July 30, 2007.

SO ORDERED.

                      _____
                      UNITED STATES DISTRICT JUDGE

Dated:

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2007, a copy of the foregoing Unopposed Motion for Enlargement of Time was served by mail on the following:

>Jeffrey L. Poston, Esq.
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, N.W.
>Suite 200
>Washington, D.C. 20004

                                              /s/
                                    Andrew A. Nicely