**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CAPITAL DIALYSIS, LLC

                Plaintiff,

v.

BEVERLY ENTERPRISES - DISTRICT OF
COLUMBIA, INC. et al.,

                Defendants.

Civil Action No. 1:07cv1073 (PLF)

**CERTIFICATE UNDER LCvR 7.1**

       I, the undersigned counsel of record for defendants Beverly Enterprises – District of Columbia,

Inc. ("Beverly Enterprises") and Beverly Health and Rehabilitation Services, Inc. ("Beverly Health")

certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or

affiliates of Beverly Enterprises and Beverly Health which have any outstanding securities in the hands of

the public:

       N/A

       These representations are made in order that judges of this court may determine the need for

recusal.

                                   Attorney of Record

                                     /s/
                             Andrew A. Nicely (D.C. Bar No. 458805)
                             MAYER, BROWN, ROWE & MAW LLP
                             1909 K Street, N.W.
                             Washington, D.C.  20006
                             (202) 263-3000
                             anicely@mayerbrown.com

                             *Counsel for defendants Beverly Enterprises -
                             District of Columbia, Inc. and Beverly Health
                             Rehabilitation Services, Inc.*

Dated:  June 21, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Nicely, hereby certify that, on this 21st day of June, 2007, I caused a true and correct copy of the foregoing Certificate Under LCvR 7.1 to be served by first-class mail, postage prepaid, upon:

> Jeffrey L. Poston, Esq.
> Crowell & Moring, LLP
> 1001 Pennsylvania Avenue, N.W.
> Suite 200
> Washington, D.C. 20004
>
> *Counsel for plaintiff*

_____/s/_____
Andrew A. Nicely