IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL DIALYSIS, LLC**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**BEVERLY ENTERPRISES-DISTRICT OF COLUMBIA, INC. et al.,**<br><br>　　　　**Defendants.** | Civil Action No. 1:07cv1073 (PLF) |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Defendants Beverly Enterprises–District of Columbia, Inc. and Beverly Health and Rehabilitation Services, Inc. (collectively "Beverly"), hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) for the entry of an Order dismissing with prejudice the Complaint of Plaintiff Capitol Dialysis, LLC ("Capitol"). In support of its motion, Beverly now states as follows:

1.　Count I is a breach of contract claim based on the parties' commercial lease. This claim should be dismissed because: (a) the Complaint does not allege that Beverly breached any contractual duties under the lease, and (b) the claim otherwise is barred by the statute of frauds.

2.　Count II alleges that Beverly breached the implied covenant of good faith and fair dealing. This claim should be dismissed because it is not predicated on Beverly's breach of an express term of the lease, and it is duplicative of Capitol's other claims.

3.　Count III, Capitol's claim for breach of fiduciary duty, should be dismissed because the Complaint does not allege any facts that would give rise to a fiduciary relationship between the parties.

4. In Counts IV and V, Capitol alleges that Beverly fraudulently or negligently failed to disclose certain proprietary business information. These claims must be dismissed because Beverly had no contractual or fiduciary duty to disclose this information.

For the foregoing reasons, which are set forth in more detail in the accompanying memorandum of law, Beverly's motion to dismiss should be granted, and the Complaint should be dismissed with prejudice.

Oral Hearing Requested.

Respectfully submitted,

  /s/ Andrew A. Nicely
Gary A. Winters (D.C. Bar No. 439376)
Andrew A. Nicely (D.C. Bar No. 458805)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
anicely@mayerbrown.com

*Counsel for defendants Beverly Enterprises - District of Columbia, Inc. and Beverly Health Rehabilitation Services, Inc.*

Dated: July 12, 2007

## CERTIFICATE OF SERVICE

    I, Andrew A. Nicely, hereby certify that, on this 12th day of July, 2007, I caused a true and correct copy of the Defendant's Motion to Dismiss and accompanying memorandum of law to be served through the Court's ECF system upon:

>Jeffrey L. Poston, Esq.
>Crowell & Moring, LLP
>1001 Pennsylvania Avenue, N.W.
>Suite 200
>Washington, D.C. 20004
>
>*Counsel for plaintiff*

                                            /s/ Andrew A. Nicely
                                                  Andrew A. Nicely