## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL DIALYSIS, LLC**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**BEVERLY ENTERPRISES-DISTRICT OF COLUMBIA, INC. et al.,**<br><br>       **Defendants.** | Civil Action No. 1:07cv1073 (PLF) |

### [PROPOSED] ORDER

This matter came before the Court on Defendants Beverly Enterprises-District of Columbia, Inc. and Beverly Health and Rehabilitation Services, Inc.'s Motion to Dismiss. Upon review of the papers filed by the parties, and further upon argument of counsel, it is hereby

ORDERED that Defendants' motion to dismiss is GRANTED; and it is further

ORDERED that this case shall now stand dismissed with prejudice.

SO ORDERED.

Dated this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE