IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAPITOL DIALYSIS LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1073 (PLF) |
| BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC. et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO MOTION TO DISMISS AND TO FILE A REPLY TO SAME**

Plaintiff Capitol Dialysis LLC ("Capitol") and Defendants Beverly Enterprises – District of Columbia, Inc. d/b/a Northwest Health Care Center and Beverly Health and Rehabilitation Services, Inc., d/b/a Northwest Health Care Center's Motion to Dismiss (collectively, "Beverly"), move for an enlargement of time of 30 days, up to and including August 27, 2007, for Capitol to respond to Beverly's Motion to Dismiss. Further, the parties move for an enlargement of time of 11 days, up to and including September 13, 2007, for Beverly to reply to Capitol's response to Beverly's Motion to Dismiss. In support of this motion, the parties state as follows:

1. The parties have agreed to an extension of 30 days for Capitol to respond to Beverly's Motion to Dismiss Capitol's Complaint. Capitol had previously

agreed to an extension of 30 days for Beverly to answer or otherwise respond to Capitol's Complaint.

2. Counsel for Capitol requires additional time to respond to Defendants' Motion to Dismiss to accommodate the previously scheduled vacations of counsel.

3. The requested enlargement of time is reasonable and will not result in prejudice to any party.

4. Similarly, the parties have agreed to an extension of 11 days for Beverly to file a reply to Capitol's response to their Motion to Dismiss, up to and including September 13, 2007.

5. The requested enlargement of time is reasonable and will not result in prejudice to any party.

Accordingly, Capitol respectfully requests an enlargement of time, up to and including August 27, 2007, within which to respond to Beverly's Motion to Dismiss. Further, Beverly respectfully requests an enlargement of time, up to and including September 13, 2007, within which to reply to Capitol's response to their Motion to Dismiss. A proposed Order is attached hereto.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Andrew A. Nicely<br>Andrew A. Nicely (D.C. Bar No. 458805)<br>MAYER, BROWN, ROWE & MAW LLP<br>1909 K St., N.W.<br>Washington, DC 20006<br>(202)263-3000<br>anicely@mayerbrown.com | /s/ Jeffrey L. Poston<br>Jeffrey L. Poston (D.C. Bar No. 426178)<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, N.W.<br>11th Floor<br>Washington, DC 20004<br>(202) 624-2500<br>(202) 628-5116 (fax)<br>jposton@crowell.com |
| *Counsel for Defendants Beverly Enterprises – District of Columbia, Inc. and Beverly Health Rehabilitation Services, Inc.* | *Counsel for Plaintiff Capitol Dialysis LLC* |

July 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. _____ |
| ) | |
| BEVERLY ENTERPRISES - ) | |
| DISTRICT OF COLUMBIA, INC. ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter having come before the Court on the joint motion of Plaintiff Capitol Dialysis LLC and Defendants Beverly Enterprises – District of Columbia, Inc. and Beverly Health and Rehabilitation Services, Inc., for an enlargement of time of 30 days, up to and including August 27, 2007, for Plaintiff to respond to Defendants' Motion to Dismiss; and for an enlargement of 11 days, up to and including September 13, 2007, for Defendants to reply to Plaintiff's response to their Motion to Dismiss; and for good cause being shown therefore, it is this _____ day of _____, 2007.

ORDERED that Plaintiff's and Defendants' Motion is GRANTED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: