IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS, LLC<br><br>        Plaintiff,<br><br>   v.<br><br>BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC., et al.,<br><br>        Defendants. | Civil Action No. 07-1073 (PLF) |

### NOTICE OF CHANGE OF FIRM NAME

   Please take notice that effective August 31, 2007, the firm name of Mayer, Brown, Rowe & Maw LLP, counsel for defendants Beverly Enterprises - District of Columbia, Inc. d/b/a Northwest Health Care Center and Beverly Health and Rehabilitation Services, Inc., d/b/a Northwest Health Care Center in the captioned case, will be:

>   **MAYER BROWN LLP**
>   **1909 K Street, NW**
>   **Washington, D.C.  20006**
>   **(202) 263-3000**

   The email addresses for Mayer Brown LLP attorneys will change from mayerbrownrowe.com to mayerbrown.com.

Dated: August 22, 2007                Respectfully submitted:

                         By:              /s/
                         Andrew A. Nicely (D.C. Bar No. 458805)
                         **MAYER BROWN LLP**
                         1909 K Street NW
                         Washington, DC  20006
                         Phone (202) 263-3000
                         *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to:

Jeffrey L. Poston, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
Suite 200
Washington, D.C. 20004

                                                                      _____/s/_____
                                                                      Andrew A. Nicely