IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS LLC | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1073 (PLF) |
| BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC. et al., | ) |
| Defendants. | ) |

**PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS
AND NOTICE OF FILING OF AMENDED COMPLAINT**

Plaintiff Capitol Dialysis LLC ("Capitol") responds to the motion to dismiss filed by Defendants Beverly Enterprises – District of Columbia, Inc. d/b/a Northwest Health Care Center and Beverly Health and Rehabilitation Services, Inc. d/b/a Northwest Health Care Center's (collectively, "Northwest") (Docket entry #4). By this filing, Capitol notifies the Court that it has filed an amended complaint that renders the pending motion to dismiss moot. Accordingly, Capitol need not reply to the substantive arguments raised by Northwest's motion.

Rule 15(a) of the Federal Rules of Civil Procedure allows a plaintiff to amend its complaint "once as a matter of course at any time before a responsive pleading is served." FED. R. CIV. P. 15(a). A motion to dismiss does not qualify as a responsive pleading for the purposes of Rule 15(a). FED. R. CIV. P. 7(a) (reciting an exhaustive list of pleadings); *see also James V. Hurson Assoc., Inc. v. Glickman*, 229 F.3d 277,

283 (D.C. Cir. 2000); *Komongnan v. U.S. Marshals Service*, 471 F.Supp.2d 1, 4 (D.D.C. 2006); *Nat'l City Mortg. Co. v. Navarro*, 220 F.R.D. 102, 104 (D.D.C. 2004). Therefore, a plaintiff may file an amended complaint "as a matter of course" even after a defendant files a motion to dismiss. When a plaintiff exercises its right to file an amended complaint after a motion to dismiss has been filed, the amended complaint supersedes the original pleading. *Cureton v. U.S. Marshal Service*, 322 F.Supp.2d 23, 25 n.6 (D.D.C. 2004).

Northwest has not filed an answer. The law is therefore clear that Capitol's absolute right to file an amended complaint remains intact. Accordingly, the amended complaint moots Northwest's pending motion to dismiss.

For the foregoing reasons, no further response by Capitol to the motion to dismiss is required, and the Court should deny the pending motion as moot.

Dated: August 22, 2007    Respectfully submitted,

<div style="margin-left: 3em">

<u>/s/ Jeffrey L. Poston</u>
Jeffrey L. Poston (D.C. Bar #426178)
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
11th Floor
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (fax)
jposton@crowell.com

</div>

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of August, 2007, I caused a true and correct copy of the Plaintiff's Opposition to Motion to Dismiss and Notice of Filing of Amended Complaint to be served through the Court's ECF system upon:

    Gary A. Winters
    Andrew A. Nicely
    Mayer, Brown, Rowe & Maw LLP
    1909 K Street, N.W.
    Washington, DC 20006

    *Counsel for Defendants*

                                    /s/ Jeffrey L. Poston
                                    Jeffrey L. Poston

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS LLC | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-1073 (PLF) |
| BEVERLY ENTERPRISES - DISTRICT OF COLUMBIA, INC. et al., | ) ) ) ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

The Court having considered the Motion to Dismiss of Defendants Beverly Enterprises – District of Columbia, Inc. d/b/a Northwest Health Care Center and Beverly Health and Rehabilitation Services, Inc. d/b/a Northwest Health Care Center's (docket entry 4), and the response thereto and Amended Complaint of Capitol Dialysis LLC,

IT IS HEREBY ORDERED THAT the Defendants' motion to dismiss is DENIED as moot.

_____
United States District Judge

ENTERED THIS _____ day of _____, 2007