IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CAPITOL DIALYSIS LLC** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>(PLF) )<br>**BEVERLY ENTERPRISES -** )<br>**DISTRICT OF COLUMBIA, INC.** )<br>et al., )<br>)<br>Defendants. )<br>) | **Civil Action No. 07-1073** |

The following attorney respectfully submits this Notice of Appearance as counsel for Plaintiff in the above-captioned case:

> Todd J. Cochran (D.C. Bar No. 503343)
> CROWELL & MORING LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, DC 20004-2595
> Telephone: (202) 624-2500
> Facsimile: (202) 628-5116
> tcochran@crowell.com

Dated: September 24, 2007        Respectfully submitted,

<u>/s/ Todd J. Cochran</u>
Jeffrey L. Poston
Todd J. Cochran
Crowell & Moring, LLP
1001 Pennsylvania Avenue, N.W.
11th Floor
Washington, DC 20004
(202) 624-2500
(202) 628-5116 (fax)
jposton@crowell.com