IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS, LLC<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY ENTERPRISES- DISTRICT OF COLUMBIA, INC. et al.,<br><br>Defendants. | Civil Action No. 1:107cv1073 (PLF) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, the parties to the above-captioned action have reached a settlement of the claims alleged therein, they hereby stipulate and agree, by and through their undersigned designees, to the entry of the attached Order of Court dismissing the above-captioned action with prejudice.

_____
CAPITOL DIALYSIS, INC.
Michael R. Costa, Esq., M.P.H.
Vice President & General Counsel
66 Cherry Hill Drive
Beverly, Massachusetts 01915
(978) 922-3080

_____
BEVERLY ENTERPRISES- DISTRICT
OF COLUMBIA, INC. et al.
Sal Salamone, Vice President
1000 Fianna Way
Ft. Smith, Arkansas 72919
(877)-823-8375

Dated: March 24, 2007                                      Respectfully submitted,


/s/ Andrew A. Nicely (with consent)          /s/ Jeffrey L. Poston
Gary A. Winters                                            Jeffrey L. Poston
Andrew A. Nicely                                           Todd J. Cochran
Mayer Brown, LLP                                           Crowell & Moring, LLP
1909 K Street, N.W.                                        1001 Pennsylvania Avenue, N.W.
Washington, DC                                             11th Floor
(202) 263-3000                                             Washington, DC 20004
anicely@mayerbrown.com                                     (202) 624-2500
                                                           (202) 628-5116 (fax)
                                                           jposton@crowell.com


*Counsel for Beverly Enterprises-*                         *Counsel for Capitol Dialysis LLC*
*District of Columbia, Inc. and*
*Beverly Health and Rehabilitation*
*Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Stipulation for Dismissal with Prejudice to be served by electronic service, this 24th day of March, 2008, upon the following:

Andrew A. Nicely
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006
anicely@mayerbrown.com


/s/ Todd J. Cochran
Todd J. Cochran

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL DIALYSIS, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEVERLY ENTERPRISES- DISTRICT )<br>OF COLUMBIA, INC. et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:107cv1073 (PLF) |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2008, based upon the Stipulation of the parties, and the Court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, the parties to bear their own fees, costs and expenses.

_____
UNITED STATES DISTRICT JUDGE