IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CAPITOL DIALYSIS, LLC )
)
Plaintiff, )
) Civil Action No. 1:107cv1073 (PLF)
v. )
)
BEVERLY ENTERPRISES- DISTRICT )
OF COLUMBIA, INC. et al., )
)
Defendants. )

## ORDER OF COURT

AND NOW, this 28 day of March, 2008, based upon the Stipulation of the parties, and the Court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, the parties to bear their own fees, costs and expenses.

_____
UNITED STATES DISTRICT JUDGE